UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMESTOP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>STEPHANIE A. BRIDGETT, District Attorney, Shasta County District Attorney's Office, in her official capacity; MICHAEL HESTRIN, District Attorney, Riverside County District Attorney's Office, in his official capacity,<br><br>Defendants. | No. 2:17-cv-00719-TLN-KJN<br><br>**ORDER** |

This action involves a complaint for declaratory judgment as to the application of California's Secondhand Dealer Law to Plaintiff Game Stop, Inc. ("Plaintiff"). Defendants Stephanie Bridgett and Michael Hestrin (collectively "Defendants") move for a continuance of the hearing on Plaintiff's Motion for Summary Judgment. (ECF Nos. 31 & 33.) Plaintiff objects to Defendants' request. (ECF No. 32.) Having reviewed the parties' arguments, the Court hereby DENIES Defendants' request for a continuance and GRANTS Defendants' request to stay discovery.

The Court is afforded broad discretion to manage its calendar. *United States v. Batiste,* 868 F.2d 1089, 1091 n.4 (9th Cir. 1989). Plaintiff's motion for summary judgment is currently

calendared for the same day as Defendants' motion to dismiss. Defendants argue the motion for summary judgment should be continued because the motion to dismiss will likely result in a dismissal for lack of jurisdiction. Without determining the merits of Defendants' motion to dismiss, the Court notes the possibility that Defendants motion may be denied. It is economical for the matters to be heard on the same day so as to prevent delay in this matter if Defendants are unsuccessful in their motion. Accordingly, Defendants' request for a continuance is hereby DENIED.

As to discovery, Defendants are correct that the Court is similarly afforded broad discretion in staying discovery in deference to potentially dispositive motions. *Wenger v. Monroe*, 282 F.3d 1068, 1077 (9th Cir. 2002). In light of Plaintiff's motion for summary judgment and Defendants' motion to dismiss, the need for discovery may never arise. Accordingly, the Court hereby STAYS discovery pending the resolution of the parties' motions.

IT IS SO ORDERED.

Dated: May 23, 2017

Troy L. Nunley
United States District Judge