MORGAN, LEWIS & BOCKIUS LLP
FRANKLIN BROCKWAY GOWDY, Bar No. 047918
franklin.gowdy@morganlewis.com
BENJAMIN P. SMITH, Bar No. 197551
benjamin.smith@morganlewis.com
SHARON R. SMITH, Bar No. 221428
sharon.smith@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

Attorneys for Plaintiff
GAMESTOP, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GAMESTOP, INC., | Case No. 2:17-cv-00719-TLN-KJN |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ALL REMAINING CLAIMS AGAINST ALL REMAINING PARTIES** |
| vs. | |
| STEPHANIE A. BRIDGETT, District Attorney, Shasta County District Attorney's Office, in her official capacity; MARK PETERSON, District Attorney, Contra Costa County District Attorney's Office, in his official capacity; MICHAEL HESTRIN, District Attorney, Riverside County District Attorney's Office, in his official capacity; TIM WARD, District Attorney, Tulare County District Attorney's Office, in his official capacity, | Date Filed: April 5, 2017<br>Trial Date: None Set |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 35808405.1

PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL–WITHOUT PREJUDICE
Case No. 2:17-CV-00719-TLN-KJN

1  TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE
2  COUNSEL OF RECORD:
3  NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure
4  41(a)(1)(A)(i), Plaintiff GameStop, Inc. voluntarily dismisses all remaining claims asserted in its
5  Complaint (Docket No. 1) against all remaining parties.  Such dismissal shall be without
6  prejudice, with each party to bear its own costs and fees.

8  Dated: January 22, 2019                MORGAN, LEWIS & BOCKIUS LLP

9                                          By:  /s/  *Benjamin P. Smith*
                                                  Benjamin P. Smith

11                                          Attorneys for Plaintiff
                                            GAMESTOP, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 35808405.1

1

PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL–WITHOUT PREJUDICE
Case No. 2:17-CV-00719-TLN-KJN